**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LEONARD BROWN**                                                      **PETITIONER**

**V.**                                             **CAUSE NO. 3:16-CV-262-CWR-LRA**

**WARDEN MOSLEY**                                           **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson, which was entered on April 30, 2019. Docket No. 19. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, and the deadline for filing objections expired over one month ago, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, petitioner's due process rights were not violated and his petition is dismissed.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 26th day of June, 2019.

                                                             s/ Carlton W. Reeves
                                                             UNITED STATES DISTRICT JUDGE